UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21344-UU

ALEXANDER M. RATTNER,

    Plaintiff,

v.

TRIBE APP, INC.,

    Defendant.
_____/

Case No. 1:17-cv-23111-UU

KENNETH HORSLEY,

    Plaintiff,

v.

TRIBE APP, INC.,

    Defendant.
_____/

## ORDER ON MOTION FOR APPROVAL

THIS CAUSE is before the Court upon Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Incorporated Memorandum of Law (D.E. 43).

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 23(e), a hearing on the Motion for Preliminary Approval of Class Action Settlement will be held on **Friday, October 6, 2017, at 11:00 A.M.**

DONE AND ORDERED in Chambers in Miami, Florida, this _29th_ day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf