**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-21344-UU

ALEXANDER M. RATTNER,

    Plaintiff,

v.

TRIBE APP, INC.,

    Defendant.
_____/

Case No. 1:17-cv-23111-UU

KENNETH HORSLEY,

    Plaintiff,

v.

TRIBE APP, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* following the October 4, 2017, conference call between the Court and attorneys for Kenneth Horsley and Defendant. It is hereby

ORDERED AND ADJUDGED that the hearing on the Motion for Preliminary Approval of Class Action Settlement currently set for Friday, October 6, 2017, at 11:00 A.M. is CANCELLED. It is further

ORDERED AND ADJUDGED that Plaintiffs shall file an amended Motion for Preliminary Approval and Proposed Settlement Agreement that addresses the Court's concerns as expressed during the conference call no later than **Monday, October 16, 2017**.

DONE AND ORDERED in Chambers in Miami, Florida, this 4th day of October, 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf