UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21344-UU

ALEXANDER M. RATTNER,

    Plaintiff,

v.

TRIBE APP, INC.,

    Defendant.
_____/

Case No. 1:17-cv-23111-UU

KENNETH HORSLEY,

    Plaintiff,

v.

TRIBE APP, INC.,

    Defendant.
_____/

## ORDER SETTING PRELIMINARY HEARING

THIS CAUSE is before the Court upon Plaintiff's Unopposed Amended Motion for Preliminary Approval of Class Action Settlement (D.E. 48). It is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 23(e), a hearing on the Amended Motion for Preliminary Approval of Class Action Settlement will be held on **Thursday, November 16, 2017, at 1:30 P.M.**

DONE AND ORDERED in Chambers in Miami, Florida, this _19th_ day of October, 2017.

_/s/ Ursula Ungaro_
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf