## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21344-UU

ALEXANDER M. RATTNER,

      Plaintiff,

v.

TRIBE APP, INC.,

      Defendant.

_____/

Case No. 1:17-cv-23111-UU

KENNETH HORSLEY,

      Plaintiff,

v.

TRIBE APP, INC.,

      Defendant.

_____/

## <u>ORDER RESETTING PRELIMINARY HEARING</u>

      PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 23(e), the hearing on the Amended Motion for Preliminary Approval of Class Action Settlement will be held on **Thursday, <u>November 30, 2017</u>, at 1:30 P.M.**

      DONE AND ORDERED in Chambers in Miami, Florida, this 13th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf