**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-21344-UU

ALEXANDER M. RATTNER,

    Plaintiff,

v.

TRIBE APP, INC.,

    Defendant.

_____/

Case No. 1:17-cv-23111-UU

KENNETH HORSLEY,

    Plaintiff,

v.

TRIBE APP, INC.,

    Defendant.

_____/

**ORDER RESETTING PRELIMINARY HEARING**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 23(e), the hearing on the Amended Motion for Preliminary Approval of Class Action Settlement, currently set for Thursday, November 30, 2017, at 1:30 P.M. will be held at **2:00 P.M on the same day.**

DONE AND ORDERED in Chambers in Miami, Florida, this 28th day of November, 2017.

                                                                    _/s/ Ursula Ungaro_

                                                      UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf