UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CV-21344-UNGARO/O'SULLIVAN

ALEXANDER M. RATTNER,

    Plaintiff,

v.

TRIBE APP, INC.,

    Defendant.

_____/

### ORDER

THIS MATTER is before the Court following an Order of Reference entered by United States District Court Judge Ursula Ungaro regarding the Class Counsels' Motion for Attorney's Fees and Expenses (DE # 63 on *Rattner* Docket, DE 45 on *Horsley* Docket) (DE # 64, 3/21/18).  Having reviewed the applicable filings and law, it is

ORDERED AND ADJUDGED that on or before March 29, 2018, the plaintiff shall file a summary of the hours worked on the case and the tasks performed.

DONE AND ORDERED in Chambers at Miami, Florida this 22nd day of March, 2018.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All counsel of record