UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF FLORIDA

ALEXANDER M. RATTNER, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

TRIBE APP, INC.,

    Defendant.
_____/

**CLASS ACTION**

**CASE NO. 17-cv-21344-UU**

KENNETH HORSLEY, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

TRIBE APP, INC.,

    Defendant.
_____/

**CASE NO. 1:17-cv-23111-JLK**

**ORDER GRANTING PLAINTIFF'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME TO FILE A SUMMARY OF THE HOURS WORKED ON THE CASE AND THE TASKS PERFORMED**

THIS CAUSE is before the Court upon Plaintiff's *Unopposed* Motion for Enlargement of time to file a summary of the hours worked on the case and the tasks performed [ECF 66] Upon review, it is

**ORDERED AND ADJUDGED** that Plaintiff shall have an extension of four (4) days

from which to file a response, due on April 2, 2018.

      **DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, this **28th** day of March, 2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to: counsel of record