UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21344-UU

ALEXANDER M. RATTNER,

    Plaintiff,

v.

TRIBE APP, INC.,

    Defendant.
_____/

Case No. 1:17-cv-23111-UU

KENNETH HORSLEY,

    Plaintiff,

v.

TRIBE APP, INC.,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court upon the Report and Recommendation, issued by Magistrate Judge John J. O'Sullivan on April 26, 2018 (D.E. 73, *Rattner* docket). Judge O'Sullivan recommended that Plaintiffs' Motion for Attorney's Fees (D.E.63) be granted.

On April 27, 2018, at the final approval hearing before the undersigned, the Parties stipulated that they did not object to the Report and Recommendation. Accordingly, the matter is thus ripe for disposition.

THIS COURT has made a *de novo* review of the entire file and record herein, and, being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Magistrate Judge's Report and Recommendation, (D.E. 73, *Rattner*), is RATIFIED, AFFIRMED and ADOPTED.  It is further

ORDERED AND ADJUDGED that Plaintiffs' Motion for Attorney's Fees (D.E. 63, *Rattner*) is GRANTED.  Class Counsel is awarded $40,000.00 in attorney's fees, $1,125.00 for mediator's fees, and $815.00 in general litigation costs.  It is further

ORDERED AND ADJUDGED that because Plaintiff's Motion for Attorney's Fees filed in the Horsley action (D.E. 45, *Horsley*) is duplicative of the motion filed in the Rattner action, it is DENIED AS MOOT.  It is further

ORDERED AND ADJUDGED that the CLERK SHALL docket this Order on both of the cases captioned above.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of April, 2018.

*/s/ Ursula Ungaro*
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf